Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
    amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Devel Construction, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA Devel Construction** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **77-0116865** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1590 Oakland Rd. #B107** <br> **San Jose, CA 95131** <br> Number, Street, City, State & ZIP Code <br><br> **Santa Clara** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.develconstruction.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

| Debtor | **Devel Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2389__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

**11.  Why is the case filed in this district?**     *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency    _____
          Contact name        _____
          Phone               _____

---

███   **Statistical and administrative information**

**13.  Debtor's estimation of available funds**     .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June  9, 2017**
_____
MM / DD / YYYY

**X** **/s/ Kenneth O. Birdsall**                                    **Kenneth O. Birdsall**
_____          _____
Signature of authorized representative of debtor                      Printed name

Title    **CEO/President**
_____

**18. Signature of attorney**

**X** **/s/ Charles B. Greene**                          Date   **June  9, 2017**
_____          _____
Signature of attorney for debtor                                     MM / DD / YYYY

**Charles B. Greene**
_____
Printed name

**Law Office of Charles B. Greene**
_____
Firm name

**84 W. Santa Clara St. Ste. 800**
**San Jose, CA 95113**
_____
Number, Street, City, State & ZIP Code

Contact phone   **408-279-3518**          Email address   **cbgreeneatty@gmail.com**
_____                              _____

**56275**
_____
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

**Fill in this information to identify the case:**

Debtor name    **Devel Construction, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  9, 2017**     X **/s/ Kenneth O. Birdsall**
_____
Signature of individual signing on behalf of debtor

**Kenneth O. Birdsall**
_____
Printed name

**CEO/President**
_____
Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name **Devel Construction, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................ $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................ $     **480,026.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................. $     **480,026.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **3,907,765.75**

4.   Total liabilities ..............................................................................................................
    Lines 2 + 3a + 3b

| $    **3,907,765.75** |
|---|

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 6 of 64

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **JP Morgan Chase** | **Checking** | | **Unknown** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                               $0.00
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1.   **Landlord Security Deposit** | **$7,904.00** |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                               $7,904.00
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:    **216,534.00**  -          **0.00**  = ....          **$216,534.00**
                             face amount              doubtful or uncollectible accounts

11b. Over 90 days old:       **221,682.00**  -          **0.00**  =....           **$221,682.00**
                             face amount              doubtful or uncollectible accounts

**12.** **Total of Part 3.**                                                      **$438,216.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture**<br>**6 Executive Furniture Units** | **$12,930.00** | **N/A** | **$3,500.00** |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Misc. Office Equipment** | **$900.00** | **N/A** | **$150.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 8 of 64

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                              **$3,650.00**
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2015 Mercedes Benz S550** | **$0.00** | Comparable sale | **$30,256.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**                                                                              **$30,256.00**
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other | Nature and<br>extent of<br>debtor's interest | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

Case: 17-51390   Doc# 1   Filed: 06/09/17   Entered: 06/09/17 11:04:48   Page 9 of 64

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1.   **1590 Oakland Rd. #B107 San Jose, CA** | **Leased Property** | **$0.00** | | **$0.00** |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$0.00** |
|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,904.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $438,216.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,650.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,256.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $480,026.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $480,026.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Devel Construction, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** | **Mercedes Benz Financial Services**

Creditor's Name

**P.O. Box 5209**
**Carol Stream, IL 60197**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2015 Mercedes Benz S550**

**Describe the lien**
**Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | Amount of claim | Value of collateral |
| --- | --- | --- |
| | **Unknown** | **$30,256.00** |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$0.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor name **Devel Construction, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | **$0.00** | **$0.00** |

| 2.1 | Priority creditor's name and mailing address<br>**Employment Development<br>Department<br>P.O. Box 944203<br>Sacramento, CA 94244** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| 2.2 | Priority creditor's name and mailing address<br>**Franchise Tax Board<br>Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 13 of 64

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4    Priority creditor's name and mailing address
**State Board of Equalization**
**P.O. Box 942879**
**Sacramento, CA 94279**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

3.1    Nonpriority creditor's name and mailing address
**A-1 Fence**
**14820 Story Road**
**San Jose, Ca 95127**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,950.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1702**

Is the claim subject to offset? ■ No ☐ Yes

---

3.2    Nonpriority creditor's name and mailing address
**Accel Air Systems**
**374 Reed Street**
**Santa Clara, Ca 95050**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,512.62

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2357**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.3    Nonpriority creditor's name and mailing address
**Adavanced Door Ways**
**648 Enterprise Court**
**Livermore, Ca 94550**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$61,295.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2611**

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 14 of 64

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|
| | AGC, Inc<br>745 B Camden Ave<br>Campbell, Ca 95008 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1878** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|
| | Already Set Up<br>1955 Cleveland Ave<br>Santa Rosa, Ca 95401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2468** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|
| | Anago Franchising, Inc<br>1460 Koll Circle, Suite B<br>San Jose, Ca 95113 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2240** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,770.60** |
|---|---|---|---|
| | Aqualine Piping<br>2108 Bering Drive Unit C<br>San Jose, Ca 95131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2477** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,729.64** |
|---|---|---|---|
| | AT&T<br>PO Box 5025<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1131** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00** |
|---|---|---|---|
| | B-K Mill Fixtures Inc<br>37523 Sycamore Street<br>Newark, Ca 94560 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2634** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$508.91** |
|---|---|---|---|
| | Bay Alarm<br>PO Box 7137<br>San Francisco, Ca 94120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2285** | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 15 of 64

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |
|------|---|---|---|

**Bay City Inc.**
PO Box 627
Murphys, Ca 95247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  2722

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,535.48 |
|------|---|---|---|

**Bayside Interiors**
3220 Darby Common
Fremont, Ca 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  605

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,630.12 |
|------|---|---|---|

**Blue Cross of California**
PO Box 54630
Los Angeles, Ca 90054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1893

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|------|---|---|---|

**Break Away Concrete**
PO Box 13037
Coyote, Ca 95013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1591

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,202.00 |
|------|---|---|---|

**Bruce's Tire Inc.**
PO Box 2300
Livermore, Ca 94550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  329

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,457.36 |
|------|---|---|---|

**Burdick Painting**
705 Nuttman
Santa Clara, Ca 95054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  48

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,006.36 |
|------|---|---|---|

**Cal Ply**
PO Box 749361
Los Angeles, Ca 90030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1587

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-51390   Doc# 1   Filed: 06/09/17   Entered: 06/09/17 11:04:48   Page 16 of 64

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,682.88 |
|---|---|---|---|

**Carpenters Fund of No. Calif**
**265 Hegenberger Road Suite 100**
**Oakland, Ca 94621**

Date(s) debt was incurred _

Last 4 digits of account number **376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,210.00 |
|---|---|---|---|

**Castro Plumbing**
**PO Box 5216**
**San Jose, Ca 95150**

Date(s) debt was incurred _

Last 4 digits of account number **2662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,017.31 |
|---|---|---|---|

**Citi Business Card 7161**
**PO Box 78045**
**Phoenix, Az 85062**

Date(s) debt was incurred _

Last 4 digits of account number **2215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,444.30 |
|---|---|---|---|

**Citi Executive 7004**
**PO Box 78045**
**Phoenix, Az 85062**

Date(s) debt was incurred _

Last 4 digits of account number **2490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187.80 |
|---|---|---|---|

**City of Fremont**
**39550 Liberty Street**
**Fremont, Ca 94538**

Date(s) debt was incurred _

Last 4 digits of account number **320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.00 |
|---|---|---|---|

**City of San Jose Business Tax**

Date(s) debt was incurred _

Last 4 digits of account number **2656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,465.38 |
|---|---|---|---|

**Coast Fire Equipment**
**5930 Las Positas Road**
**Livermore, Ca 94551**

Date(s) debt was incurred _

Last 4 digits of account number **2114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-51390   Doc# 1   Filed: 06/09/17   Entered: 06/09/17 11:04:48   Page 17 of 64

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,534.19** |
|---|---|---|---|

**Construction Testing Services**
**2118 Rheem Drive**
**Pleasanton, Ca 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **2694**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.80** |
|---|---|---|---|

**CoPower #117970**
**PO Box 39000**
**San Francisco, Ca 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **Dept,4604**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,160.00** |
|---|---|---|---|

**CSS Asphalt, Inc**
**46 Cove Lane**
**Redwood City, Ca 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **2753**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190,113.40** |
|---|---|---|---|

**Cupertino Electric**
**1132 North 7th Street**
**San Jose, Ca 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **393**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cupertino Electric, Inc.**
**c/o Wendel, Rosen et. al.**
**1111 Broadway 25th Floor**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126,608.00** |
|---|---|---|---|

**DeBella Mechanical**
**605 Nuttman Street**
**Santa Clara, Ca 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **777**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DeBella Mechanical, Inc.**
**c/o Leonidou & Rosen**
**777 Cuesta Dr. #200**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 17-51390   Doc# 1   Filed: 06/09/17   Entered: 06/09/17 11:04:48   Page 18 of 64

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Dennis Kobza & Associates**<br>**c/o David Farley, Esq.**<br>**525 Remington Dr. #130**<br>**Sunnyvale, CA 94087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice only**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $426.61 |
|---|---|---|---|
| | **Digital Engineering Systems**<br>**2450 Scott Blvd #300**<br>**Santa Clara, Ca 95050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **2112** | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $217.00 |
|---|---|---|---|
| | **DMV Renewel**<br>**PO Box 942894**<br>**Sacramento, Ca 94294** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **358** | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224,864.50 |
|---|---|---|---|
| | **Dryco Construction, Inc**<br>**42745 Boscell Road**<br>**Fremont, Ca 94538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **2643** | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Dryco Construction, Inc.**<br>**c/o Joseph Sweeney, Esq.**<br>**983 University Ave. #104C**<br>**Los Gatos, CA 95032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice only**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,413.70 |
|---|---|---|---|
| | **DWS, Inc**<br>**7401 Marton Ave Suite E**<br>**Newark, Ca 94560** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **2731** | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,945.00 |
|---|---|---|---|
| | **Enviro Science**<br>**2220 S. Bascom Ave**<br>**Campbell, Ca 95008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **2430** | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 17-51390   Doc# 1   Filed: 06/09/17   Entered: 06/09/17 11:04:48   Page 19 of 64

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,995.00** |
| --- | --- | --- | --- |
| | **Executive Casework, Inc.**<br>945 Berryessa Road #C-7<br>San Jose, Ca 95131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **1649** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| --- | --- | --- | --- |
| | **Express Sewer and Drain**<br>3303 Luyung Drive<br>Rancho Cordova, Ca 95670 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **2754** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.12** |
| --- | --- | --- | --- |
| | **Fed-Ex**<br>PO Box 7221<br>Pasadena, Ca 91109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **99** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155,125.00** |
| --- | --- | --- | --- |
| | **Fine Steel Products**<br>2950 Daylight Way<br>San Jose, Ca 95111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **2037** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Fine Steel Products, Inc.**<br>c/o Joseph R. Kafka, Esq.<br>1541 The Alameda<br>San Jose, CA 95126 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Notice only** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,296.00** |
| --- | --- | --- | --- |
| | **Fire-Matic Systems**<br>5165 Brandin Court<br>Fremont, Ca 94538 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **364** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$726.27** |
| --- | --- | --- | --- |
| | **Foundation Building Materials**<br>PO Box 740862<br>Los Angeles, Ca 90053 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **205** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 17-51390   Doc# 1   Filed: 06/09/17   Entered: 06/09/17 11:04:48   Page 20 of 64

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,100.00** |
|---|---|---|---|
| | **Freedom Underground Plumbing**<br>**270 Umbarger Road Sp 131**<br>**San Jose, Ca 95111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2715** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,996.00** |
|---|---|---|---|
| | **Geo Robinson Co**<br>**1461 Attaberry Lane**<br>**San Jose, Ca 95131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2301** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,275.50** |
|---|---|---|---|
| | **Griffin Painting**<br>**3580 Haven Ave #2**<br>**Redwood City, Ca 94063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2615** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,227.00** |
|---|---|---|---|
| | **Guerra Construction Group**<br>**984 Memorex Drive**<br>**Santa Clara  95054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2717** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,337.50** |
|---|---|---|---|
| | **H S A Bank**<br>**PO Box 939**<br>**Sheboygan, Wi 53081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2219** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,388.55** |
|---|---|---|---|
| | **Harry L Murphy Inc.**<br>**42 Bonaventura Drive**<br>**San Jose, Ca 95134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **120** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,934.00** |
|---|---|---|---|
| | **Hartford Financial Services**<br>**PO Box 415738**<br>**Boston, Ma 02241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2682** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 17-51390   Doc# 1   Filed: 06/09/17   Entered: 06/09/17 11:04:48   Page 21 of 64

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.82 |
|------|--------|--------|--------|

**HD Supply**
**595 Brennan Street**
**San Jose, Ca 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1538**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,537.00 |
|------|--------|--------|--------|

**HMH Engineers**
**1570 Oakland Road**
**San Jose, Ca 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2564**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,898.42 |
|------|--------|--------|--------|

**Home Depot Credit Services**

**Phoenix, Az**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3957**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.48 |
|------|--------|--------|--------|

**Humana Insurance Co.**

**Kansas City**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0498**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,305.46 |
|------|--------|--------|--------|

**ICOM Mechanical**
**477 Burke Street**
**San Jose, Ca 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2464**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------|--------|--------|

**Icom Mechanical, Inc.**
**c/o Hanson Bridget LLP**
**425 Market St. 26th Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,228.00 |
|------|--------|--------|--------|

**ICS Integrated Comm Systems**
**550 Parrott Street Unit 40**
**San Jose, Ca 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2342**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 22 of 64

| 3.60 | **ICS Integrated Copy Solutions**<br>**280 Gish Road**<br>**San Jose, Ca 95131** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,609.14** |
|---|---|---|---|

Nonpriority creditor's name and mailing address

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  <u>2484</u>

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,999.00** |
|---|---|---|---|

**JD Specialties**
**3149 Tomahawk Drive**
**Stockton, Ca 95205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  <u>2307</u>

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162,886.50** |
|---|---|---|---|

**Jesmar Mechanical**
**2523 Amaral Court**
**Hayward, Ca 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  <u>2642</u>

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**JLV Electric**
**8210 Fremont Ave**
**Ben Lomand, Ca 95005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  <u>2745</u>

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,006.92** |
|---|---|---|---|

**Kaiser Foundation**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  <u>3030</u>

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,507.00** |
|---|---|---|---|

**Kenny Rogers Plumbing**
**13301 Big Basin Way**
**Boulder Creek, Ca 95006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  <u>2726</u>

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kenny Rogers Plumbing**
**c/o Gavin Cunningham, et. al.**
**1530 The Alameda #210**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  _

Basis for the claim:  <u>Notice only</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 23 of 64

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,659.48 |
|---|---|---|---|
| | **Kobza and Associates**<br>**2083 Old Middlefield Way**<br>**Mt. View, Ca 94043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1024** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,766.00 |
|---|---|---|---|
| | **Lancaster Burns Const.**<br>**8655 Washington Blvd.**<br>**Roseville, Ca 95678** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **2746** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,370.00 |
|---|---|---|---|
| | **Lawrence Mechanical**<br>**13765 Harding Ave**<br>**San Martin, Ca 95046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **2644** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,338.00 |
|---|---|---|---|
| | **Legacy Roofing & Waterproofing**<br>**1698 Rogers Ave #10**<br>**San Jose, Ca 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1953** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,989.04 |
|---|---|---|---|
| | **Lewis and Tibbitts**<br>**1470 Industrial Ave**<br>**San Jose, Ca 95131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **2710** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,757.74 |
|---|---|---|---|
| | **Lighthouse Worldwide Solutions**<br>**47300 Kato Road**<br>**Fremont, Ca 94538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **2701** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,269.00 |
|---|---|---|---|
| | **LJ Interiors , Inc**<br>**79 Wright Brothers Ave.**<br>**Livermore, Ca 94551** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **442** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 24 of 64

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $832.22 |
|---|---|---|---|

**Lord and Sons**
430 E Trimble Road
San Jose, Ca 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **438**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.32 |
|---|---|---|---|

**Lowe's Business Account**
PO Box 530970
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2409**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249,801.00 |
|---|---|---|---|

**Magnum Drywall**
42027 Boscell Road
Fremont, Ca 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1302**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Magnum Drywall, Inc.**
c/o Gilda Defaii, Esq.
46711 Fremont Blvd.
Fremont, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,570.00 |
|---|---|---|---|

**MDN Tile**
1463 Princeton Drive
San Jose, Ca 95118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2695**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,013.83 |
|---|---|---|---|

**Mercedes-Benz Financial**
PO Box 5209
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2729**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,021.90 |
|---|---|---|---|

**Mesa 3 Inc.**
1945 Las Plumas Ave
San Jose, Ca 95133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2709**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 17-51390   Doc# 1   Filed: 06/09/17   Entered: 06/09/17 11:04:48   Page 25 of 64

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $527,820.00 |
|---|---|---|---|
| | **Mid-State Electric**<br>**1855 Kirkmont Drive**<br>**San Jose, Ca 95124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2095** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,925.50 |
|---|---|---|---|
| | **Milani, Lee and Associates**<br>**1346 The Alameda Suite 7-266**<br>**San Jose, Ca 95126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **653** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|---|---|---|---|
| | **Miracle Maintenance**<br>**1620 Oakland Road Suite D-102**<br>**San Jose, Ca 95131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2528** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,322.00 |
|---|---|---|---|
| | **MJ Mechanical**<br>**1043 E. San Carlos Ave**<br>**San Carlos, Ca 94070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2609** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,789.00 |
|---|---|---|---|
| | **Noah Concrete**<br>**5900 Rossi Lane**<br>**Gilroy, Ca 95020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2728** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,359.30 |
|---|---|---|---|
| | **Nor-Cal Specialties**<br>**1330 N. 4th Street**<br>**San Jose, Ca 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2390** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225,000.00 |
|---|---|---|---|
| | **Oakland Road Self Storage, LLC**<br>**c/o Anthony J. Keiley, Esq.**<br>**95 S. Market St. 3rd Floor**<br>**San Jose, CA 95113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 17-51390   Doc# 1   Filed: 06/09/17   Entered: 06/09/17 11:04:48   Page 26 of 64

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $323.70 |
|---|---|---|---|

**Office Depot Credit Plan**
**PO Box 78004**
**Phoenix, Az 85062**

Date(s) debt was incurred _

Last 4 digits of account number **0076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Oracle America, Inc.**
**Attn: Deborah K. Miller**
**Assoc. General Counsel**
**500 Oracle Pkwy.**
**Redwood City, CA 94065**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $135,176.00 |
|---|---|---|---|

**Oracle America, Inc.**
**c/o Miller, Starr & Regalia**
**1331 N. California Blvd. Fifth Floor**
**Walnut Creek, CA 94596**

Date(s) debt was incurred **4/28/17**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,874.00 |
|---|---|---|---|

**Orchard City Flooring**
**480 East McGlincey**
**Campbell, Ca 95008**

Date(s) debt was incurred _

Last 4 digits of account number **732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,069.17 |
|---|---|---|---|

**Overhead Door Co.**
**1266 Lawrence Station Road**
**Sunnyvale, Ca 94089**

Date(s) debt was incurred _

Last 4 digits of account number **1233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48,577.00 |
|---|---|---|---|

**Partition Specialties**
**20996 Cabot Blvd**
**Hayward, Ca 94545**

Date(s) debt was incurred _

Last 4 digits of account number **691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,474.92 |
|---|---|---|---|

**Pelican Sign Services**
**1565 Lafayette St**
**Santa Clara, Ca 95050**

Date(s) debt was incurred _

Last 4 digits of account number **1670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 27 of 64

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$413.03** |
|---|---|---|---|
| | **PG&E**<br>**PO Box 997300**<br>**Sacramento, Ca 95899** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **176** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,759.09** |
|---|---|---|---|
| | **Phillips 66**<br>**PO Box 530970**<br>**Atlanta, GA 30353** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2086** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$199.88** |
|---|---|---|---|
| | **Pitney Bowes Global Finance**<br>**PO Box 371887**<br>**Pittsburgh, Pa 15250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1537** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$381.56** |
|---|---|---|---|
| | **Pittney Bowes Purchase Power**<br>**PO Box 371874**<br>**Pittsburgh, Pa 15250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1987** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,175.82** |
|---|---|---|---|
| | **Power Washing Systems**<br>**1322 Yosemite Ave**<br>**San Jose, Ca 95126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2737** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,808.00** |
|---|---|---|---|
| | **Quality Glass Inc**<br>**4079 Ingot Street**<br>**Fremont, Ca 94538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1767** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,913.00** |
|---|---|---|---|
| | **Randazzo and Associates**<br>**13550 Blackie Road**<br>**Castroville, Ca 95012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2738** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case: 17-51390   Doc# 1   Filed: 06/09/17   Entered: 06/09/17 11:04:48   Page 28 of 64

| | | |
|---|---|---|
| **3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$298.78** |

**3.102**

**Nonpriority creditor's name and mailing address**
**Ready Refresh**
PO Box 856158
Louisville, KY 40290

Date(s) debt was incurred _
Last 4 digits of account number **1963**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$298.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103**

**Nonpriority creditor's name and mailing address**
**Redwood Electric Group**
2775 Northwestern Parkway
Santa Clara, Ca 95051

Date(s) debt was incurred _
Last 4 digits of account number **1413**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$3,450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**

**Nonpriority creditor's name and mailing address**
**Rodda Electric Inc.**
380 Carrol Ct Suite L
Brentwood, Ca 94513

Date(s) debt was incurred _
Last 4 digits of account number **2603**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$46,569.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**

**Nonpriority creditor's name and mailing address**
**Roebecks Welding & Fabrication**
1150 Mabury Road #1
San Jose, Ca 95133

Date(s) debt was incurred _
Last 4 digits of account number **1325**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$748.36**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**

**Nonpriority creditor's name and mailing address**
**Safeguard Business Systems**
PO Box 88043
Chicago, IL 60680

Date(s) debt was incurred _
Last 4 digits of account number **295**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$48.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**

**Nonpriority creditor's name and mailing address**
**San Jose Networks**
780 Montague Expwy Suite 206
San Jose, Ca 95131

Date(s) debt was incurred _
Last 4 digits of account number **2571**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$190.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**

**Nonpriority creditor's name and mailing address**
**Schindler Elevator Corp**
555 McCormick Street
San Leandro, Ca 94577

Date(s) debt was incurred _
Last 4 digits of account number **2498**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$64,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 29 of 64

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107,980.00 |
|---|---|---|---|

**Sean Funston tile Company**
**4596 Sonata Way**
**San Jose, Ca 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2248**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,395.55 |
|---|---|---|---|

**Sequoia Services Inc.**
**1615 S. 7th Street #C**
**San Jose, Ca 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2664**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,202.00 |
|---|---|---|---|

**Serrano Electric Inc**
**1705 Russell Street**
**Santa Clara, Ca 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2478**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,650.00 |
|---|---|---|---|

**Shell**
**PO Box 183019**
**Columbus, Ohio 40290-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **223**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,250.00 |
|---|---|---|---|

**Siemens Industry Inc**
**25821 Industrial Blvd Suite 300**
**Hayward, Ca 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2544**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $755.00 |
|---|---|---|---|

**SNMC Netgear Solutions**
**PO Box 5442**
**Santa Clara, Ca 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2279**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,980.00 |
|---|---|---|---|

**Stanley Convergent Security**
**47225 Fremont Blvd**
**Fremont, Ca 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2651**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,434.00** |

**Sure Fire Protection Inc.**
**4141 Pestana Place**
**Fremont, Ca 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2673**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$6,400.00** |
|---|---|---|

**Swarts Builders**
**3260 Missin View Drive**
**Fremont, Ca 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2607**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$10,948.50** |
|---|---|---|

**TDS Architects**
**2060 Clarmar Way Suite 200**
**San Jose, Ca 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1914**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$862.72** |
|---|---|---|

**The Hartford**
**PO Box 660916**
**Dallas, Tx 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2680**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,186.51** |
|---|---|---|

**Thrivent Financial Services**
**PO Box 8062**
**Appleton, WI 54912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2403**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4,050.70** |
|---|---|---|

**Trim Tech Construction**
**1724 Ringwood Ave**
**San Jose, Ca 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **874**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$28,152.83** |
|---|---|---|

**Trim Tech Construction (sub)**
**1724 Ringwood Ave**
**San Jose, Ca 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1742**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-51390   Doc# 1   Filed: 06/09/17   Entered: 06/09/17 11:04:48   Page 31 of 64

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,536.00 |
|---|---|---|---|

**Unistrut Corporation**
**1679 Atlantic Street**
**Union City, Ca 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1508**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,690.77 |
|---|---|---|---|

**United Site Services**
**3408 Hillcap Ave**
**San Jose, Ca 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2175**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $594.88 |
|---|---|---|---|

**UNUM Life Insurance Co**

**Atlanta**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **62LA**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,364.71 |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, Tx 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2402**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,843.00 |
|---|---|---|---|

**Walschon Fire Protection**
**2178 Rhemm Drive Suite A**
**Pleasanton, Ca 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2372**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,686.81 |
|---|---|---|---|

**William Scotsman Inc**
**PO Box 91975**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2237**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,600.00 |
|---|---|---|---|

**Williams Group**
**111 West St John St. Suite 950**
**San Jose, Ca 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1832**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$555.00** |

**Zanker Road Landfill**
**675 Los Esteros Road**
**San Jose, Ca 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number   900**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $         **3,907,765.75** |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $         **3,907,765.75** |

Debtor name **Devel Construction, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2015 Mercedes Benz S550** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mercedes Benz Financial Services** **P.O. Box 5209** **Carol Stream, IL 60197** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of office space at 1590 Oakland Rd. #B107, San Jose** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Unknown** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 34 of 64

Debtor name **Devel Construction, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Kenneth O. Birdsall** | **116 McBain Ct. Campbell, CA 95008** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.3__<br>☐ G _____ |
| 2.2 **Kenneth O. Birdsall** | **116 McBain Ct. Campbell, CA 95008** | **Mid-State Electric** | ☐ D _____<br>■ E/F __3.81__<br>☐ G _____ |
| 2.3 **Kenneth O. Birdsall** | **116 McBain Ct. Campbell, CA 95008** | **Contractors State Licensing Board** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Kenneth O. Birdsall** | **116 McBain Ct. Campbell, CA 95008** | **Union Trust Fund** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 35 of 64

Debtor name __**Devel Construction, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **11/1/14-10/31/15** | Business Income | $13,637,266.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Kenneth O. Birdsall 116 McBain Ct. Campbell, CA 95008 President/CEO** | **6/1/16-6/1/17** | **$250,000.00** | **Compensation** |

5.  **Repossessions, foreclosures, and returns**

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 36 of 64

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **DeBella Mechanical v. Devel Construction** | | **Alameda County Superior Court**<br>**1225 Fallon St.**<br>**Oakland, CA 94612** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Kenny Rogers Plumbing v. Devel Construction** | | **Santa Clara County Superior Court**<br>**191 N. First St.**<br>**San Jose, CA 95113** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. | **Oracle America, Inc. v. Devel Construction** | | **Santa Clara County Superior Court**<br>**191 N. First St.**<br>**San Jose, CA 95113** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | **Kobza and Associates v. Devel Construction** | | **Santa Clara County Superior Court**<br>**191 N. First St.**<br>**San Jose, CA 95113** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **ICOM Mechanical v. Devel Construction** | | **Santa Clara County Superior Court**<br>**191 N. First St.**<br>**San Jose, CA 95113** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Dryco Construction, Inc v. Devel Construction** | | **Santa Clara County Superior Court**<br>**191 N. First St.**<br>**San Jose, CA 95113** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Magnum Drywall v. Devel Construction** | | **Alameda County Superior Court**<br>**1225 Fallon St.**<br>**Oakland, CA 94612** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 37 of 64

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Magnum Drywall v. Devel Construction** | | **Santa Clara County Superior Court 191 N. First St. San Jose, CA 95113** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.9. | **Oakland Road Self Storage, LLC v. Devel Construction** | | **Santa Clara County Superior Court 191 N. First St. San Jose, CA 95113** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.10. | **Mid-State Electric  v. Devel Construction** | | **Santa Clara County Superior Court 191 N. First St. San Jose, CA 95113** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.11. | **Fine Steel Products v. Devel Construction** | | **Santa Clara County Superior Court 191 N. First St. San Jose, CA 95113** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.12. | **Cupertino Electric v. Devel Construction** | | **Santa Clara County Superior Court 191 N. First St. San Jose, CA 95113** | ☑ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 38 of 64

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Law Office of Charles B. Greene** **84 W. Santa Clara St. Ste. 800** **San Jose, CA 95113** | **Attorney Fees** | **6/2017** | **$7,500.00** |
| Email or website address **cbgreeneatty@gmail.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 **Kenneth O. Birdsall** **116 McBain Ct.** **Campbell, CA 95008** | **Vehicle** | **6/2017** | **$3,200.00** |
| Relationship to debtor **President/CEO** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

Case: 17-51390    Doc# 1    Filed: 06/09/17    Entered: 06/09/17 11:04:48    Page 39 of 64

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Milani & Associates, CPA's** **1570 The Alameda #315** **San Jose, CA 95136** | **2014-Present** |
| 26a.2.  **Kasey Katrenick, Bookkeeper** **1590 Oakland Rd. #B107** **San Jose, CA 95131** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy
Case: 17-51390   Doc# 1   Filed: 06/09/17   Entered: 06/09/17 11:04:48   Page 41 of 64

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Milani & Associates, CPA's** <br> **1570 The Alameda #315** <br> **San Jose, CA 95136** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Milani & Associates, CPA's** <br> **1570 The Alameda #315** <br> **San Jose, CA 95136** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kenneth O. Birdsall** | **116 McBain Ct.** <br> **Campbell, CA 95008** | **CEO/President** | **100%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 . **Kenneth O. Birdsall** <br> **116 McBain Ct.** <br> **Campbell, CA 95008** | **$250,000.00** | **6/1/16-6/1/17** | **Compensation** |
| **Relationship to debtor** <br> **CEO/President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  6, 2017**

**/s/ Kenneth O. Birdsall**                              **Kenneth O. Birdsall**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **CEO/President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Northern District of California

In re  **Devel Construction, Inc.**                                      Case No. _____

_____  Chapter   **7**  _____
                            Debtor(s)

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

      a)      For legal services rendered or to be rendered in contemplation of and in
            connection with this case                     $      **7,500.00**

      b)      Prior to the filing of this statement, debtor(s) have paid      $      **7,500.00**

      c)      The unpaid balance due and payable is      $      **0.00**

3.      $  **335.00**  of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:

      a.      Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining
            whether to file a petition under title 11 of the United States Code.

      b.      Preparation and filing of the petition, schedules, statement of affairs and other documents required by the
            court.

      c.      Representation of the debtor(s) at the meeting of creditors.

5.      The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
services performed, and

6.      The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any,
will be from earnings, wages and compensation for services performed, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following
for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of
undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:  **June  9, 2017**  _____                    Respectfully submitted,

                                                     **/s/ Charles B. Greene**

Attorney for Debtor: **Charles B. Greene 56275**
**Law Office of Charles B. Greene**
**84 W. Santa Clara St. Ste. 800**
**San Jose, CA 95113**
**408-279-3518  Fax: 408-294-0934**
**cbgreeneatty@gmail.com**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                                    Case No.
   **Devel Construction, Inc.**


_____ Debtor(s).          /

**CREDITOR MATRIX COVER SHEET**


        I declare that the attached Creditor Mailing Matrix, consisting of __18__ sheets, contains the correct,
complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's
filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **June  9, 2017**



                                          **/s/ Charles B. Greene**
                                          _____
                                          Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

A-1 Fence
14820 Story Road
San Jose, Ca 95127


Accel Air Systems
374 Reed Street
Santa Clara, Ca 95050


Adavanced Door Ways
648 Enterprise Court
Livermore, Ca 94550


AGC, Inc
745 B Camden Ave
Campbell, Ca 95008


Already Set Up
1955 Cleveland Ave
Santa Rosa, Ca 95401


Anago Franchising, Inc
1460 Koll Circle, Suite B
San Jose, Ca 95113


Aqualine Piping
2108 Bering Drive Unit C
San Jose, Ca 95131


AT&T
PO Box 5025
Carol Stream, IL 60197

B-K Mill Fixtures Inc
37523 Sycamore Street
Newark, Ca 94560


Bay Alarm
PO Box 7137
San Francisco, Ca 94120


Bay City Inc.
PO Box 627
Murphys, Ca 95247


Bayside Interiors
3220 Darby Common
Fremont, Ca 94538


Blue Cross of California
PO Box 54630
Los Angeles, Ca 90054


Break Away Concrete
PO Box 13037
Coyote, Ca 95013


Bruce's Tire Inc.
PO Box 2300
Livermore, Ca 94550


Burdick Painting
705 Nuttman
Santa Clara, Ca 95054

Cal Ply
PO Box 749361
Los Angeles, Ca 90030


Carpenters Fund of No. Calif
265 Hegenberger Road Suite 100
Oakland, Ca 94621


Castro Plumbing
PO Box 5216
San Jose, Ca 95150


Citi Business Card 7161
PO Box 78045
Phoenix, Az 85062


Citi Executive 7004
PO Box 78045
Phoenix, Az 85062


City of Fremont
39550 Liberty Street
Fremont, Ca 94538


City of San Jose Business Tax


Coast Fire Equipment
5930 Las Positas Road
Livermore, Ca 94551

Construction Testing Services
2118 Rheem Drive
Pleasanton, Ca 94588


CoPower #117970
PO Box 39000
San Francisco, Ca 94139


CSS Asphalt, Inc
46 Cove Lane
Redwood City, Ca 94065


Cupertino Electric
1132 North 7th Street
San Jose, Ca 95112


Cupertino Electric, Inc.
c/o Wendel, Rosen et. al.
1111 Broadway 25th Floor
Oakland, CA 94607


DeBella Mechanical
605 Nuttman Street
Santa Clara, Ca 95054


DeBella Mechanical, Inc.
c/o Leonidou & Rosen
777 Cuesta Dr. #200
Mountain View, CA 94040


Dennis Kobza & Associates
c/o David Farley, Esq.
525 Remington Dr. #130
Sunnyvale, CA 94087

Digital Engineering Systems
2450 Scott Blvd #300
Santa Clara, Ca 95050


DMV Renewel
PO Box 942894
Sacramento, Ca 94294


Dryco Construction, Inc
42745 Boscell Road
Fremont, Ca 94538


Dryco Construction, Inc.
c/o Joseph Sweeney, Esq.
983 University Ave. #104C
Los Gatos, CA 95032


DWS, Inc
7401 Marton Ave Suite E
Newark, Ca 94560


Employment Development Department
P.O. Box 944203
Sacramento, CA 94244


Enviro Science
2220 S. Bascom Ave
Campbell, Ca 95008


Executive Casework, Inc.
945 Berryessa Road #C-7
San Jose, Ca 95131

Express Sewer and Drain
3303 Luyung Drive
Rancho Cordova, Ca 95670


Fed-Ex
PO Box 7221
Pasadena, Ca 91109


Fine Steel Products
2950 Daylight Way
San Jose, Ca 95111


Fine Steel Products, Inc.
c/o Joseph R. Kafka, Esq.
1541 The Alameda
San Jose, CA 95126


Fire-Matic Systems
5165 Brandin Court
Fremont, Ca 94538


Foundation Building Materials
PO Box 740862
Los Angeles, Ca 90053


Franchise Tax Board
Special Procedures
P.O. Box 2952
Sacramento, CA 95812


Freedom Underground Plumbing
270 Umbarger Road Sp 131
San Jose, Ca 95111

Geo Robinson Co
1461 Attaberry Lane
San Jose, Ca 95131


Griffin Painting
3580 Haven Ave #2
Redwood City, Ca 94063


Guerra Construction Group
984 Memorex Drive
Santa Clara 95054


H S A Bank
PO Box 939
Sheboygan, Wi 53081


Harry L Murphy Inc.
42 Bonaventura Drive
San Jose, Ca 95134


Hartford Financial Services
PO Box 415738
Boston, Ma 02241


HD Supply
595 Brennan Street
San Jose, Ca 95131


HMH Engineers
1570 Oakland Road
San Jose, Ca 95131

Home Depot Credit Services
Phoenix, Az


Humana Insurance Co.
Kansas City


ICOM Mechanical
477 Burke Street
San Jose, Ca 95112


Icom Mechanical, Inc.
c/o Hanson Bridget LLP
425 Market St. 26th Floor
San Francisco, CA 94105


ICS Integrated Comm Systems
550 Parrott Street Unit 40
San Jose, Ca 95112


ICS Integrated Copy Solutions
280 Gish Road
San Jose, Ca 95131


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


JD Specialties
3149 Tomahawk Drive
Stockton, Ca 95205

Jesmar Mechanical
2523 Amaral Court
Hayward, Ca 94544


JLV Electric
8210 Fremont Ave
Ben Lomand, Ca 95005


Kaiser Foundation


Kenneth O. Birdsall
116 McBain Ct.
Campbell, CA 95008


Kenny Rogers Plumbing
13301 Big Basin Way
Boulder Creek, Ca 95006


Kenny Rogers Plumbing
c/o Gavin Cunningham, et. al.
1530 The Alameda #210
San Jose, CA 95126


Kobza and Associates
2083 Old Middlefield Way
Mt. View, Ca 94043


Lancaster Burns Const.
8655 Washington Blvd.
Roseville, Ca 95678

Lawrence Mechanical
13765 Harding Ave
San Martin, Ca 95046


Legacy Roofing  & Waterproofing
1698 Rogers Ave #10
San Jose, Ca 95112


Lewis and Tibbitts
1470 Industrial Ave
San Jose, Ca 95131


Lighthouse Worldwide Solutions
47300 Kato Road
Fremont, Ca 94538


LJ Interiors , Inc
79 Wright Brothers Ave.
Livermore, Ca 94551


Lord and Sons
430 E Trimble Road
San Jose, Ca 95131


Lowe's Business Account
PO Box 530970
Atlanta, GA 30353


Magnum Drywall
42027 Boscell Road
Fremont, Ca 94538

Magnum Drywall, Inc.
c/o Gilda Defaii, Esq.
46711 Fremont Blvd.
Fremont, CA 94538


MDN Tile
1463 Princeton Drive
San Jose, Ca 95118


Mercedes Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197


Mercedes-Benz Financial
PO Box 5209
Carol Stream, IL 60197


Mesa 3 Inc.
1945 Las Plumas Ave
San Jose, Ca 95133


Mid-State Electric
1855 Kirkmont Drive
San Jose, Ca 95124


Milani, Lee  and Associates
1346 The Alameda Suite 7-266
San Jose, Ca 95126


Miracle Maintenance
1620 Oakland Road Suite D-102
San Jose, Ca 95131

MJ Mechanical
1043 E. San Carlos Ave
San Carlos, Ca 94070


Noah Concrete
5900 Rossi Lane
Gilroy, Ca 95020


Nor-Cal Specialties
1330 N. 4th Street
San Jose, Ca 95112


Oakland Road Self Storage, LLC
c/o Anthony J. Keiley, Esq.
95 S. Market St. 3rd Floor
San Jose, CA 95113


Office Depot Credit Plan
PO Box 78004
Phoenix, Az 85062


Oracle America, Inc.
Attn: Deborah K. Miller
Assoc. General Counsel
500 Oracle Pkwy.
Redwood City, CA 94065


Oracle America, Inc.
c/o Miller, Starr & Regalia
1331 N. California Blvd. Fifth Floor
Walnut Creek, CA 94596


Orchard City Flooring
480 East McGlincey
Campbell, Ca 95008

Overhead Door Co.
1266 Lawrence Station Road
Sunnyvale, Ca 94089


Partition Specialties
20996 Cabot Blvd
Hayward, Ca 94545


Pelican Sign Services
1565 Lafayette St
Santa Clara, Ca 95050


PG&E
PO Box 997300
Sacramento, Ca 95899


Phillips 66
PO  Box 530970
Atlanta, GA 30353


Pitney Bowes Global Finance
PO Box 371887
Pittsburgh, Pa 15250


Pittney Bowes Purchase Power
PO Box 371874
Pittsburgh, Pa 15250


Power Washing Systems
1322 Yosemite Ave
San Jose, Ca 95126

Quality Glass Inc
4079 Ingot Street
Fremont, Ca 94538


Randazzo and Associates
13550 Blackie Road
Castroville, Ca 95012


Ready Refresh
PO Box 856158
Louisville, KY 40290


Redwood Electric Group
2775 Northwestern Parkway
Santa Clara, Ca 95051


Rodda Electric Inc.
380 Carrol Ct Suite L
Brentwood, Ca 94513


Roebecks Welding & Fabrication
1150 Mabury Road #1
San Jose, Ca 95133


Safeguard Business Systems
PO Box 88043
Chicago, IL 60680


San Jose Networks
780 Montague Expwy Suite 206
San Jose, Ca 95131

Schindler Elevator Corp
555 McCormick Street
San Leandro, Ca 94577


Sean Funston tile Company
4596 Sonata Way
San Jose, Ca 95111


Sequoia Services Inc.
1615 S. 7th Street #C
San Jose, Ca 95112


Serrano Electric Inc
1705 Russell Street
Santa Clara, Ca 95054


Shell
PO Box 183019
Columbus, Ohio 40290-0000


Siemens Industry Inc
25821 Industrial Blvd Suite 300
Hayward, Ca 94545


SNMC Netgear Solutions
PO Box 5442
Santa Clara, Ca 95050


Stanley Convergent Security
47225 Fremont Blvd
Fremont, Ca 94538

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279


Sure Fire Protection Inc.
4141 Pestana Place
Fremont, Ca 94538


Swarts Builders
3260 Missin View Drive
Fremont, Ca 94538


TDS Architects
2060 Clarmar Way Suite 200
San Jose, Ca 95128


The Hartford
PO Box 660916
Dallas, Tx 75266


Thrivent Financial Services
PO Box 8062
Appleton, WI 54912


Trim Tech Construction
1724 Ringwood Ave
San Jose, Ca 95131


Trim Tech Construction (sub)
1724 Ringwood Ave
San Jose, Ca 95131

Unistrut Corporation
1679 Atlantic Street
Union City, Ca 94587


United Site Services
3408 Hillcap Ave
San Jose, Ca 95136


Unknown


UNUM Life Insurance Co
Atlanta


Verizon Wireless
PO Box 660108
Dallas, Tx 75266


Walschon Fire Protection
2178 Rhemm Drive Suite A
Pleasanton, Ca 94588


William Scotsman Inc
PO Box 91975
Chicago, IL 60693


Williams Group
111 West St John St. Suite 950
San Jose, Ca 95113

Zanker Road Landfill
675 Los Esteros Road
San Jose, Ca 95134

# United States Bankruptcy Court
## Northern District of California

In re **Devel Construction, Inc.**        Case No. _____

                   Debtor(s)      Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _**Devel Construction, Inc.**_ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Kenneth O. Birdsall**
**116 McBain Ct.**
**Campbell, CA 95008**

☐ None [*Check if applicable*]

**June  9, 2017**
Date

**/s/ Charles B. Greene**
**Charles B. Greene 56275**
Signature of Attorney or Litigant
Counsel for    **Devel Construction, Inc.**
**Law Office of Charles B. Greene**
**84 W. Santa Clara St. Ste. 800**
**San Jose, CA 95113**
**408-279-3518 Fax:408-294-0934**
**cbgreeneatty@gmail.com**